IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS EUGENE CREECH, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOHN HARDISON, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. CV 99-0224-S-BLW <br><br> **CAPITAL CASE** <br><br> **JUDGMENT** |

Based upon the Court's Memorandum Decision and Order filed on March 29, 2006 (Docket No. 173), the Memorandum Decision and Order filed October 16, 2006 (Docket No. 181), and the Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action shall be DISMISSED with prejudice.

DATED: **March 31, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT- 1**