FILED

DEC 04 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THOMAS E. CREECH,<br><br>    Petitioner-Appellant,<br><br>v.<br><br>AL RAMIREZ,<br><br>    Respondent-Appellee. | No. 10-99015<br><br>D.C. No. 1:99-cv-00224-BLW<br>District of Idaho, Boise<br><br>**ORDER** |

Before: W. FLETCHER, FISHER, and BYBEE, Circuit Judges.

Respondent-Appellee's unopposed motion for an extension of time to file a replacement answering brief (Dkt. #141) is **GRANTED**.

The replacement answering brief shall be filed no later than February 8, 2019. The replacement reply brief, if any, shall be filed no later than March 1, 2019.